1 | G. Thomas Martin, III., Esq. (SBN: 218456)
    Krohn & Moss, Ltd.
2 | 10474 Santa Monica Blvd., Suite 401
    Los Angeles, CA 90025
3 | T: (323) 988-2400; F: (866) 802-0021
    tmartin@consumerlawcenter.com
4 | Attorneys for plaintiff, RAYNA SHINN

5 | Craig J. Mariam, Esq, (SBN 225280)
    Gordon & Rees, LLP
6 | 633 W. 5th Street, Ste. 4900
    Los Angeles, CA 90071
7 | T: (213) 576-5000; F: (877) 306-0043
    cmariam@gordonrees.com
8 | Attorneys for defendant, ER SOLUTIONS, INC.

**FILED**

FEB 26 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| RAYNA SHINN, an individual; | ) CASE NO. 2:09-CV-02847 JAM KJM |
|---|---|
| Plaintiff, | ) **STIPULATION AND [PROPOSED]** |
| vs. | ) **ORDER RE: VOLUNTARY** |
| ER SOLUTIONS, INC., | ) **DISMISSAL WITH PREJUDICE** |
| Defendant. | ) |

///
///
///
///
///
///

-1-
STIPULATION AND PROPOSED ORDER RE: VOLUNTARY DISMISSAL
CASE NO. 2:09-CV-02847 JAM KJM

1  **IT IS HEREBY STIPULATED,** by and between the parties to this action, through their
2  respective attorneys of record, that a dismissal with prejudice be entered in the above-stated
3  action, pursuant to the Local Rules of this District and Federal Rules of Civil Procedure, Rule 41.
4  All parties shall bear their own respective fees and costs.

**IT IS SO STIPULATED.**

**GORDON & REES LLP**

_____
Craig J. Mariam
Attorneys for ER Solutions, Inc.

Date: January 16, 2010

**KROHN & MOSS, LTD.**

_____
G. Thomas Martin, III
Attorneys for Rayna Shinn

Date: 2/2/10

**IT IS SO ORDERED.**

DATED: 2-26-2010

Honorable John A. Mendez

-2-
STIPULATION AND PROPOSED ORDER RE: VOLUNTARY DISMISSAL
CASE NO. 2:09-CV-02847 JAM KJM